# Court of Appeals
# of the State of Georgia

ATLANTA, January 04, 2016

*The Court of Appeals hereby passes the following order*

## A16D0168. JOHNETTE C. CROWE v. DEKALB COUNTY SCHOOL DISTRICT f/k/a DEKALB COUNTY BOARD OF EDUCATION AND BRENTWOOD SERVICES.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15CV8805



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 04, 2016.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*